**ILLINOIS POWER COMPANY, a Corporation, Petitioner, v. FEDERAL POWER COMMISSION.**

No. 13709.

United States Court of Appeals
Eighth Circuit.

Sept. 17, 1948.

Leo F. Tierney and Donald M. Graham, both of Chicago, Ill., and Herbert M. Livingston, of Bloomington, Ill., for petitioner.

Bradford Ross, Gen. Counsel, William S. Tarver, Asst. Gen. Counsel, and Lambert McAllister, Sp. Counsel, Federal Power Commission, all of Washington, D. C., and S. W. Jensch, Atty., Federal Power Commission, of St. Paul, Minn., for respondent.

Robert P. Patterson and John S. L. Yost, both of New York City, Edw. H. Lange, of Washington, D. C., and Russell Voertman, of Kansas City, Mo., for Intervener Panhandle Eastern Pipe Line Company.

PER CURIAM.

Petition for review and stay of order of Federal Power Commission issued November 26, 1947, dismissed, on motion of respondent.

**JAMES VERNOR COMPANY v. John P. CLOUGHERTY, In Behalf of Himself and Other Present and Former Employees, Similarly Situated.**

No. 10671.

United States Court of Appeals
Sixth Circuit.

Oct. 21, 1948.

Wilbur M. Brucker, of Detroit, Mich., for appellant.

Arthur J. Hass, of Detroit, Mich., for appellee.

Before ALLEN, MARTIN, and MILLER, Circuit Judges.

PER CURIAM.

This case was heard upon the record, briefs and oral arguments of counsel; and it appearing that the appellant, the James Vernor Company, a corporation, has appealed from an order of the district court entered on January 23, 1948, granting a motion of the appellees for further proceedings, and it being the opinion of this court that this appeal is not taken from a final judgment, the cause is remanded to the district court for further proceedings to determine the rights of certain of the plaintiffs as prescribed for determination in paragraphs 4 and 5 of the judgment of the district court entered on September 19, 1947.

It appearing further that there is pending in this court an unperfected appeal, notice of which was given on October 7, 1947, by John Like, Charles Vetor, and each of the other plaintiffs, including those who appeared on their own behalf or appeared by John P. Clougherty, and who are classified as city drivers, city salesmen's helpers and highway drivers, from the judgment of the district court of September 19, 1947, 74 F.Supp. 364, which judgment was a final judgment as to them, these plaintiffs may prosecute their appeal upon taking the appropriate steps to the end.